# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145724(20)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 145724
              COA: 310754
              Kent CC: 10-012838-FH

EDDIE LEE SMITH,
    Defendant-Appellant.
_____/

   On order of the Court, the motion for reconsideration of this Court's December 26, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

d0520